GREYLOCK HOLDING CORPORATION, Respondent, v. CLUB KENTUCKY, INC., and Others, Defendants, Impleaded with MONTEREY RESTAURANT, INC., Also Known as CLUB MONTEREY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant Monterey Restaurant Co.,

Inc., to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

BROADWAY-LONG BEACH REALTY CORPORATION, Appellant, v. SAMUEL L. FEIBER, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.